UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

OLIVER BEAVERS,

Plaintiff

v.

JAMES DZURENDA AND JEREMY BEAN,

Defendants

Case No. 3:26-cv-00129-ART-CLB

**ORDER**

Plaintiff Oliver Beavers brings this civil-rights action to redress constitutional violations that he allegedly suffered while incarcerated at High Desert State Prison. (ECF No. 1-1). Plaintiff filed an application to proceed *in forma pauperis* for an inmate. (ECF No. 1). Plaintiff also filed a motion to update his address. (ECF No. 5.) In his motion, Plaintiff states that he has been released from custody and provides a new address. Because Plaintiff is no longer incarcerated, his application to proceed *in forma pauperis* for an inmate is moot.

## I. CONCLUSION

It is therefore ordered that the application to proceed *in forma pauperis* for an inmate (ECF No. 1) is denied as moot.

It is further ordered that Plaintiff's motion to update address (ECF No. 5) is granted.

It is further ordered that Plaintiff has until **November 23, 2026**, to perform the following tasks:

(i) **either** pay the full $405 filing fee for this civil action, **or**

(ii) file an application to proceed *in forma pauperis* for non-inmates.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can comply with this Court's local rules.

///

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner with instructions.

DATED: October 27, 2026

UNITED STATES MAGISTRATE JUDGE